**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| **v.** | : | **No. 20-cv-4999** |
| **LARCHMONT PHARMACY, LLC,** | : | |
| **KIMBERLY HUYNH, and** | | |
| **THREE HUNDRED AND** | : | |
| **EIGHTY-FIVE THOUSAND DOLLARS** | | |
| **IN UNITED STATES** | : | |
| **CURRENCY ($385,000.00),** | | |
| | : | |
| **Defendants.** | | |

**DEFAULT JUDGMENT AND**
**JUDGMENT AND FINAL ORDER OF FORFEITURE**

AND NOW, this __7th___ day of _____September_____, 2021, upon

consideration of the government's motion for entry of a Default Judgment, pursuant to Federal

Rule of Civil Procedure 55(b)(2), and entry of a Judgment and Final Order of Forfeiture,

pursuant to Federal Rules of Civil Procedure 58(a) and (b), against the Defendant $385,000.00 in

United States Currency ("Defendant Currency"), for the reasons set forth in the motion, the

Court concludes that it should grant the motion and enter judgment, and, therefore, it is hereby

ORDERED, ADJUDGED, and DECREED as follows:

1.      The Motion of United States of America for Entry of Default Judgment

and Judgment and Final Order of Forfeiture is GRANTED.

2.      All right, title, and interest of all persons, and their heirs and assigns, in

the Defendant Currency, that is, Three Hundred and Eight-Five Thousand Dollars in United

States Currency ($385,000.00), is hereby fully and finally vested in the United States of America

pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C).

        3.     The United States Marshals Service shall dispose of the Defendant

Currency in accordance with the law and the rules of this Court.


*/s/ C. Darnell Jones, II*
_____
**Honorable C. Darnell Jones, II**
**United States District Judge**